IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARIMATHEA, LLC,<br><br>                Plaintiff,<br><br>  v.<br><br>WM. WRIGLEY JR. COMPANY, BIG SKY BRANDS INC., CARIBOU COFFEE COMPANY, INC., GODIVA CHOCOLATIER, INC., JONES SODA CO., NORTH ATLANTIC OPERATING COMPANY, INC., STARBUCKS CORPORATION and THE HERSHEY COMPANY,<br><br>                Defendants. | Civil Action No.<br><br>```<br>FILED: JULY 2, 2008<br>08CV3796<br>JUDGE GOTTSCHALL<br>MAGISTRATE JUDGE DENLOW<br>YM<br>``` |

**PLAINTIFF'S DISCLOSURE STATEMENT**

      Pursuant to Rule 7.1, Fed.R.Civ.P. and Local Rule 3.2, Plaintiff states that Arimathea LLC is an Illinois limited liability company with the following members:  Gail Williams.

                                          Respectfully submitted,

                                                /s/ Raymond P. Niro, Jr.
                                        Raymond P. Niro
                                        Raymond P. Niro, Jr.
                                        Lee F. Grossman
                                        Laura A. Kenneally
                                        NIRO, SCAVONE, HALLER & NIRO
                                        181 West Madison, Suite 4600
                                        Chicago, Illinois 60602 4515
                                        Phone: (312) 236 0733
                                        Fax: (312) 236 3137
                                        rniro@nshn.com; rnirojr@nshn.com
                                        leegrossman@nshn.com; lkenneally@nshn.com

                                        Attorneys for Plaintiff, Arimathea LLC