IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARIMATHEA, LLC,<br><br>               Plaintiff,<br><br>v.<br><br>WM. WRIGLEY JR. COMPANY, BIG SKY BRANDS INC., CARIBOU COFFEE COMPANY, INC., GODIVA CHOCOLATIER, INC., JONES SODA CO., NORTH ATLANTIC OPERATING COMPANY, INC., STARBUCKS CORPORATION and THE HERSHEY COMPANY,<br><br>               Defendants. | Civil Action No.<br><br>FILED: JULY 2, 2008<br>08CV3796<br>JUDGE GOTTSCHALL<br>MAGISTRATE JUDGE DENLOW<br>YM |

## LOCAL RULE 3.4 NOTICE OF CLAIMS INVOLVING PATENTS

Pursuant to Local Rule 3.4, Plaintiff provides the following information to be used by the Clerk of the Court as required by 35 U.S.C. § 290:

     1.    Name and address of Plaintiff: Arimathea LLC, 1032 W. Loyola Avenue; Chicago, IL 60626.

     2.    Name and address of Defendants:

          a.    Wm. Wrigley Jr. Company, 410 North Michigan Avenue, Chicago, Illinois 60611.

          b.    Big Sky Brands Inc., 253 College Street, Unit 395, Toronto, Ontario M5T 1R5.

          c.    Caribou Coffee Company, Inc., 3900 Lakebreeze Avenue North, Minneapolis, Minnesota 55429.

          d.    Godiva Chocolatier, Inc., 355 Lexington Avenue, New York, New York 10017.

          e.    Jones Soda Co., 234 9th Avenue, Seattle, Washington 98109.

      f.    North Atlantic Operating Company, Inc., 3029 West Muhammad Ali Boulevard, Louisville, Kentucky 40212.

      g.    Starbucks Corporation, 2401 Utah Avenue South, Seattle, Washington. 98134.

      h.    The Hershey Company, 100 Crystal A Drive, Hershey Pennsylvania 17033.

3.    Name of inventor: Keith Armato.

4.    Patent involved in litigation: United States Patent No. 7,124,909 B1, entitled "Hinged Lid Container," issued on October 24, 2006.

Respectfully submitted,

/s/ Raymond P. Niro, Jr.
Raymond P. Niro
Raymond P. Niro, Jr.
Lee F. Grossman
Laura A. Kenneally
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602 4515
Phone: (312) 236 0733
Fax: (312) 236 3137
rniro@nshn.com; rnirojr@nshn.com
leegrossman@nshn.com; lkenneally@nshn.com

Attorneys for Plaintiff, Arimathea LLC