## United States District Court for the Northern District of Illinois

Case Number: 08CV3796        Assigned/Issued By: DAJ

Judge Name: GOTTSCHALL        Designated Magistrate Judge: DENLOW

---

### FEE INFORMATION

*Amount Due:*  ☑ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00        Receipt #: 2907110

Date Payment Rec'd: 07/02/08        Fiscal Clerk: DAJ

---

### ISSUANCES

☑ Summons                    ☐ Alias Summons

☐ Third Party Summons        ☐ Lis Pendens

☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

(Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
(Type of Writ)

8 Original and 0 copies on 07/02/08 as to DEF'S. _____
(Date)

---

C:\wpwin80\docket\feeinfo.frm     03/14/05