AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**08 C 3796**

SUMMONS IN A CIVIL CASE

Arimathea LLC

CASE NUMBER:

V.

Wm. Wrigley Jr. Company, Big Sky Brands Inc., Caribou Coffee Company, Inc., Godiva Chocolatier, Inc., Jones Soda Co., North Atlantic Operating Company, Inc., Starbucks Corporation and The Hershey Company,

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE DENLOW**

TO: (Name and address of Defendant)

Starbucks Corporation.
c/o Prentice Hall Corporation, Registered Agent
33 North LaSalle Street
Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Raymond P. Niro, Jr.
Niro, Scavone, Haller & Niro
181 West Madison, Ste. 4600
Chicago, IL 60602
(312) 236-0733

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

*/s/ Yvette Montano*
(By) DEPUTY CLERK

July 3, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 7/03/08 |
| NAME OF SERVER (PRINT) Idilia Gallegos | TITLE Secretarial Assistant |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Registered Agent Pam Feeney at 11:31am.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/03/08　　　　Idilia Gallegos
　　　　　　　　Date　　　　　Signature of Server

181 W Madison Chgo IL
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.