IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARIMATHEA LLC,<br><br>                      Plaintiff,<br><br>   v.<br><br>WM. WRIGLEY JR. COMPANY, BIG SKY BRANDS INC., CARIBOU COFFEE COMPANY, INC., GODIVA CHOCOLATIER, INC., JONES SODA CO., NORTH ATLANTIC OPERATING COMPANY, INC., STARBUCKS CORPORATION and THE HERSHEY COMPANY,<br><br>                      Defendants. | Civil Action No. 08cv3796<br><br>Judge Gottschall<br>Magistrate-Judge Denlow |

## NOTICE OF VOLUNTARY DISMISSAL OF
## NORTH ATLANTIC OPERATING COMPANY, INC.

Pursuant to Rule 41(a), Fed.R.Civ.P., Plaintiff Arimathea LLC hereby voluntarily dismisses without prejudice all claims made in this action against Defendant North Atlantic Operating Company, Inc.. No rights are waived or voluntarily dismissed as to any other Defendant.

Respectfully submitted,

    /s/ Raymond P. Niro, Jr.
Raymond P. Niro, Jr.
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602 4515
Phone: (312) 236 0733
Fax: (312) 236 3137
rnirojr@nshn.com

Attorneys for Plaintiff, Arimathea LLC

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system and to be served upon counsel for Defendant North Atlantic Operating Company, Inc. via electronic transmission:

>Marcella Ballard
>Baker & McKenzie LLP
>1114 Avenue of the Americas
>New York, New York 10036, US
>(212) 626-4100
>Fax: (212) 310-1600
>marcella.ballard@bakernet.com

                                             /s/ Raymond P. Niro, Jr.
                                          Attorney for Plaintiff