**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| ARIMATHEA LLC | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 08-C-3796 |
| | ) | |
| v. | ) | Judge Joan B. Gottschall |
| | ) | Magistrate Judge Denlow |
| WM. WRIGLEY JR. COMPANY, BIG SKY BRANDS INC., CARIBOU COFFEE COMPANY, INC., GODIVA CHOCOLATIER, INC., JONES SODA CO., NORTH ATLANTIC OPERATING COMPANY, INC., STARBUCKS CORPORATION and THE HERSHEY COMPANY, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANT THE HERSHEY COMPANY'S UNOPPOSED MOTION FOR THE EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND**

Defendant The Hershey Company ("Hershey") hereby moves this Court to enter the following stipulation between Hershey and Plaintiff Arimathea LLC, allowing Hershey to extend its time to answer, move, or otherwise respond to Arimathea's complaint to August 22, 2008.

Hershey was served the complaint on July 3, 2008. Thus, the current deadline for Hershey to answer, move, or otherwise respond is July 23, 2008. Accordingly, Arimathea stipulates, without waiving any defenses or matters that may be presented pursuant to Fed. R. Civ. P. 12(b) or any other rule or law, that the time to answer, move, or otherwise respond for Hershey is hereby extended until and including August 22, 2008.

Dated: July 23, 2008                                    Respectfully submitted,


  /s/ David K. Callahan  _____
David K. Callahan, P.C. (6206671)
Kirkland & Ellis LLP
200 E. Randolph Dr.
Chicago, IL 60601
(312) 861-2000 (telephone)
(312) 861-2200 (facsimile)
dcallahan@kirkland.com


*Attorney for Defendant The Hershey Company*

**CERTIFICATE OF SERVICE**

      I, David K. Callahan, an attorney, hereby certify that I caused a copy of the attached document to be served via the Court's electronic filing service (ECF), upon all counsel of record on this 23rd day of July 2008.

      /s/ David K. Callahan
      David K. Callahan