# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ARIMATHEA LLC, <br><br> Plaintiff, <br><br> v. <br><br> WM. WRIGLEY JR. COMPANY, BIG SKY BRANDS INC., CARIBOU COFFEE COMPANY, INC., GODIVA CHOCOLATIER, INC., JONES SODA CO., NORTH ATLANTIC OPERATING COMPANY, INC., STARBUCKS CORPORATION and THE HERSHEY COMPANY, <br><br> Defendants. | Civil Action No. 08-C-3796 <br><br> Judge Joan B. Gottschall <br> Magistrate Judge Denlow |

## NOTICE OF UNOPPOSED MOTION

PLEASE TAKE NOTICE that on Thursday, July 31, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, one of the attorneys for Defendant, The Hershey Company, shall appear before the honorable Joan B. Gottschall in the courtroom usually occupied by her in the United States District Court for the Northern District of Illinois, 219 South Dearborn St., Room 2325, Chicago, Illinois, and then and there present DEFENDANT THE HERSHEY COMPANY'S UNOPPOSED MOTION FOR THE EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND.

2

Dated:  July 23, 2008                                             Respectfully submitted,


  /s/ David K. Callahan_____
David K. Callahan, P.C. (6206671)
Kirkland & Ellis LLP
200 E. Randolph Dr.
Chicago, IL 60601
(312) 861-2000 (telephone)
(312) 861-2200 (facsimile)
dcallahan@kirkland.com

*Attorney for Defendant The Hershey Company*

**CERTIFICATE OF SERVICE**

      I, David K. Callahan, an attorney, hereby certify that I caused a copy of the attached document to be served via the Court's electronic filing service (ECF), upon all counsel of record on this 23rd day of July 2008.

                                              /s/ David K. Callahan
                                              David K. Callahan