# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                           Case Number: 08 C 3796

Arimathea LLC
   v.
Wm. Wrigley Jr. Company, et al.


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, Caribou Coffee Company, Inc.


| |
|---|
| NAME (Type or print)<br>Avani C. Macaluso |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>  s/ Avani C. Macaluso |
| FIRM<br>Rockey, Depke & Lyons, LLC |
| STREET ADDRESS<br>233 S. Wacker Dr., Sears Tower Suite 5450 |
| CITY/STATE/ZIP<br>Chicago, IL  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06280832 | TELEPHONE NUMBER<br>312-277-2006 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |