IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARIMATHEA LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 CV 3796 |
| | ) | |
| v. | ) | Judge Joan B. Gottschall |
| | ) | |
| WM. WRIGLEY JR. COMPANY, | ) | Magistrate Judge Morton Denlow |
| BIG SKY BRANDS INC., CARIBOU | ) | |
| COFFEE COMPANY, INC., | ) | |
| GODIVA CHOCOLATIER, INC., | ) | |
| JONES SODA CO., NORTH | ) | |
| ATLANTIC OPERATING | ) | |
| COMPANY, INC., STARBUCKS | ) | |
| CORPORATION and THE | ) | |
| HERSHEY COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

AGREED MOTION TO EXTEND TIME
TO ANSWER OR OTHERWISE PLEAD

NOW COMES Defendant, Caribou Coffee Company, Inc., by and through its attorneys, and respectfully moves this Honorable Court for entry of an order extending the time to answer or otherwise plead. At present, the date to answer or otherwise plead is set for July 23, 2008. By way of this motion, Defendant seeks until August 22, 2008 to answer or otherwise plead.

The undersigned counsel for Defendant has conferred with counsel for Plaintiff and he has indicated that Plaintiff is in agreement with the extension of time as requested by this motion.

WHEREFORE, Defendant respectfully requests this Court to grant the agreed motion and provide Defendant the additional time to answer or otherwise plead.

Respectfully submitted,

/s/ Keith V. Rockey
KEITH V. ROCKEY
AVANI C. MACALUSO
  Rockey, Depke & Lyons, LLC
  Sears Tower, Suite 5450
  233 South Wacker Drive
  Chicago, Illinois 60606
  Telephone:  312-277-2006

DEVAN V. PADMANABHAN
PAUL J. ROBBENNOLT
  Dorsey & Whitney LLP
  50 South Sixth Street
  Suite 1500
  Minneapolis, Minnesota 55402
  Telephone:  612-340-2600

Attorneys for Defendant
Caribou Coffee Company, Inc.

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 23, 2008, a true and correct copy of the foregoing AGREED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD was filed electronically with the Clerk of Court using the CM/ECF System, which will provide electronic notice to the following attorney for Plaintiff:

> Raymond P. Niro, Jr.
> Niro, Scavone, Haller & Niro
> 181 West Madison
> Suite 4600
> Chicago, IL  60604

/s/ Keith V. Rockey
One of Defendant, Caribou Coffee Company, Inc.'s, Attorneys