IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARIMATHEA LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 CV 3796 |
| | ) | |
| v. | ) | Judge Joan B. Gottschall |
| | ) | |
| WM. WRIGLEY JR. COMPANY, | ) | Magistrate Judge Morton Denlow |
| BIG SKY BRANDS INC., | ) | |
| CARIBOU COFFEE COMPANY, | ) | |
| INC., GODIVA CHOCOLATIER, | ) | |
| INC., JONES SODA CO., NORTH | ) | |
| ATLANTIC OPERATING | ) | |
| COMPANY, INC., STARBUCKS | ) | |
| CORPORATION and THE | ) | |
| HERSHEY COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, July 31, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel will appear before Judge Joan B. Gottschall or any other Judge sitting in her place and stead, at the United States District Courthouse, 219 South Dearborn Street, Room 2325, Chicago, Illinois, and then and there present the accompanying AGREED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD, a copy of which is hereby being served upon you.

Respectfully submitted,


/s/ Keith V. Rockey
KEITH V. ROCKEY
AVANI C. MACALUSO
MATTHEW L. DE PRETER
  Rockey, Depke & Lyons, LLC
  Sears Tower, Suite 5450
  233 South Wacker Drive
  Chicago, Illinois 60606
  Telephone: 312-277-2006

DEVAN V. PADMANABHAN
PAUL J. ROBBENNOLT
  Dorsey & Whitney LLP
  50 South Sixth Street
  Suite 1500
  Minneapolis, Minnesota 55402
  Telephone: 612-340-2600

Attorneys for Defendant
Caribou Coffee Company, Inc.

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on July 23, 2008, a true and correct copy of the foregoing NOTICE OF MOTION was filed electronically with the Clerk of Court using the CM/ECF System, which will provide electronic notice to the following attorney for Plaintiff:

>Raymond P. Niro, Jr.
>Niro, Scavone, Haller & Niro
>181 West Madison
>Suite 4600
>Chicago, IL  60604

>/s/ Keith V. Rockey
>One of Defendant, Caribou Coffee Company, Inc.'s, Attorneys