UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARIMATHEA LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>WM. WRIGLEY JR. COMPANY, BIG SKY BRANDS INC., CARIBOU COFFEE COMPANY, INC., GODIVA CHOCOLATIER, INC., JONES SODA CO., NORTH ATLANTIC OPERATING COMPANY, INC., STARBUCKS CORPORATION and THE HERSHEY COMPANY,<br><br>        Defendants. | Case No. 08 CV 3796<br><br>Judge Joan B. Gottschall<br>Magistrate Judge Morton Denlow |

**DEFENDANT WM. WRIGELY JR. COMPANY'S AGREED MOTION
FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND**

    Defendant Wm. Wrigley Jr. Company ("Wrigley"), by its undersigned attorneys, moves this Court to extend its time to answer, move, or otherwise respond to Arimathea LLC's complaint. Wrigley is presently scheduled to answer, move, or otherwise respond to the complaint on July 28, 2008. Arimathea has stipulated to extend this date to August 22, 2008.

    Wrigley respectfully requests that the Court grant its stipulated request to extend its date to answer, move, or otherwise respond to Arimathea's complaint to August 22, 2008.

Respectfully submitted,

Dated: July 24, 2008        By: /s David H. Bluestone
William H. Frankel (IL Bar No. 3127933)
Robert S. Mallin (IL Bar No. 6205051)
David H. Bluestone (IL Bar No. 6269436)
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL  60611-5599
(312) 321-4200

Attorneys for Wm. Wrigley Jr. Company

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2008, I caused a copy of **DEFENDANT WM. WRIGELY JR. COMPANY'S AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND** and **NOTICE OF AGREED MOTION** to be filed by electronic filing, which provides notice to all attorneys of record, including:

> Raymond P. Niro, Jr.
> Niro, Scavone, Haller & Niro
> 181 West Madison
> Suite 4600
> Chicago, IL 60604

> s/ David H. Bluestone