UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARIMATHEA LLC,<br><br>        Plaintiff,<br><br>v.<br><br>WM. WRIGLEY JR. COMPANY, BIG SKY BRANDS INC., CARIBOU COFFEE COMPANY, INC., GODIVA CHOCOLATIER, INC., JONES SODA CO., NORTH ATLANTIC OPERATING COMPANY, INC., STARBUCKS CORPORATION and THE HERSHEY COMPANY,<br><br>        Defendants. | Case No. 08 CV 3796<br><br>Judge Joan B. Gottschall<br>Magistrate Judge Morton Denlow |

## NOTICE OF AGREED MOTION

Raymond P. Niro, Jr.
Niro, Scavone, Haller & Niro
181 West Madison
Suite 4600
Chicago, IL 60604

PLEASE TAKE NOTICE that on Thursday, July 31, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, one of the attorneys for Defendant Wm. Wrigley Jr. Company, shall appear before the honorable Joan B. Gottschall in the courtroom usually occupied by her in the United States District Court for the Northern District of Illinois, 219 South Dearborn St., Room 2325, Chicago, Illinois, or as soon thereafter as counsel may be heard, or, in

her absence, before any other Judge who may be sitting in her place, and shall then and there request that the Court address DEFENDANT WM. WRIGELY JR. COMPANY'S AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND.

Respectfully submitted,

Dated: July 24, 2008     By: /s David H. Bluestone
William H. Frankel (IL Bar No. 3127933)
Robert S. Mallin (IL Bar No. 6205051)
David H. Bluestone (IL Bar No. 6269436)
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL  60611-5599
(312) 321-4200

Attorneys for Wm. Wrigley Jr. Company