IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARIMATHEA LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08-C-03796 |
| | ) | |
| WM. WRIGLEY JR. COMPANY, BIG SKY BRANDS INC., CARIBOU COFFEE COMPANY, INC., GODIVA CHOCOLATIER, INC., JONES SODA CO., NORTH ATLANTIC OPERATING COMPANY, INC., STARBUCKS CORPORATION and THE HERSHEY COMPANY, | ) ) ) ) ) ) ) ) ) | Judge Joan B. Gottschall

Magistrate Judge Morton Denlow |
| | ) | |
| Defendants. | ) | |

**AGREED MOTION FOR AN EXTENSION OF
TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant Godiva Chocolatier, Inc. ("Godiva"), respectfully requests an extension of time to answer or otherwise plead to Plaintiff's Complaint. In support of the Motion, Godiva states as follows:

1.  Plaintiff filed its Complaint on July 2, 2008. Godiva was served on July 3, 2008.

2.  Godiva respectfully requests additional time, until August 22, 2008, to respond to the Complaint.

3.  Plaintiff has agreed to the relief sought by this Motion.

4.  This Motion is not made for purposes of delay, nor will an extension of time prejudice Plaintiff.

For the reasons stated above, Godiva respectfully requests the Court allow it up to and including August 22, 2008 to answer or otherwise plead to the Complaint.

Dated: July 24, 2008             Respectfully submitted,


                         /s/ Lesley G. Smith (lgsmith@sw.com)
                         One of the Attorneys for Defendant
                         Godiva Chocolatier, Inc.

                         Peter V. Baugher
                         Lesley G. Smith
                         SCHOPF & WEISS LLP
                         One South Wacker Drive
                         28th Floor
                         Chicago, Illinois 60606
                         (312) 701-9300

## **CERTIFICATE OF SERVICE**

I, Lesley G. Smith, an attorney, hereby certify that a true and correct copy of the foregoing **Agreed Motion For An Extension Of Time To Answer Or Otherwise Plead**, was filed electronically with the Clerk of the Court using the CM/ECF System, which will automatically provide electronic notice upon all counsel of record on this 24th day of July, 2008.

/s/Lesley G. Smith
Lesley G. Smith