**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ARIMATHEA LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08-C-03796 |
| | ) | |
| WM. WRIGLEY JR. COMPANY, BIG SKY BRANDS INC., CARIBOU COFFEE COMPANY, INC., GODIVA CHOCOLATIER, INC., JONES SODA CO., NORTH ATLANTIC OPERATING COMPANY, INC., STARBUCKS CORPORATION and THE HERSHEY COMPANY, | ) ) ) ) ) ) ) ) ) | Judge Joan B. Gottschall

Magistrate Judge Morton Denlow |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:  See attached certificate of service.

       **PLEASE TAKE NOTICE** that on Thursday, July 31, 2008, at 9:30 a.m., the undersigned shall appear before the Honorable Joan B. Gottschall, or any other judge sitting in her stead, in Courtroom 2325 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Agreed Motion For An Extension Of Time To Answer Or Otherwise Plead**, a copy of which is hereby served upon you.

Dated:  July 24, 2008                      Respectfully submitted,

                                             /s/ Lesley G. Smith (lgsmith@sw.com)
                                             One of the Attorneys for Defendant
                                             Godiva Chocolatier, Inc.

                                             Peter V. Baugher
                                             Lesley G. Smith
                                             SCHOPF & WEISS LLP
                                             One South Wacker Drive
                                             28th Floor
                                             Chicago, Illinois 60606
                                             (312) 701-9300

183485_1.DOC

2

**CERTIFICATE OF SERVICE**

      I, Lesley G. Smith, an attorney, hereby certify that a true and correct copy of the foregoing **Notice of Motion** was filed electronically with the Clerk of the Court using the CM/ECF System, which will automatically provide electronic notice upon all counsel of record on this 24th day of July, 2008.

                                          /s/Lesley G. Smith
                                          Lesley G. Smtih