IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARIMATHEA LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08-C-03796 |
| ) | |
| WM. WRIGLEY JR. COMPANY, BIG SKY ) | Judge Joan B. Gottschall |
| BRANDS INC., CARIBOU COFFEE ) | |
| COMPANY, INC., GODIVA ) | Magistrate Judge Morton Denlow |
| CHOCOLATIER, INC., JONES SODA CO., ) | |
| NORTH ATLANTIC OPERATING ) | |
| COMPANY, INC., STARBUCKS ) | |
| CORPORATION and THE HERSHEY ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

## NOTIFICATION OF AFFILIATES

Defendant Godiva Chocolatier, Inc. ("Godiva"), submits this statement in accordance with Local Rule 3.2. The stock of Godiva is 100% owned by G-New, Inc., which in turn is owned by Yildiz Holding A.S. (7.69%), Ulker Cikolata Sanayi AS (67.08%), and Ulker Biskuvi Sanayi AS (25.23%).

Dated: July 25, 2008                                Respectfully submitted,

/s/ Lesley G. Smith
One of the Attorneys for Defendant
Godiva Chocolatier, Inc.

Peter V. Baugher
Lesley G. Smith
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606
(312) 701-9300

183513_1.DOC

## **CERTIFICATE OF SERVICE**

I, Lesley G. Smith, an attorney, hereby certify that a true and correct copy of the foregoing **Notification of Affiliates** was filed electronically with the Clerk of the Court using the CM/ECF System, which will automatically provide electronic notice upon all counsel of record on this 25th day of July, 2008.

/s/Lesley G. Smith
Lesley G. Smtih