**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Arimathea LLC
                               Plaintiff,

v.                                            Case No.: 1:08−cv−03796
                                              Honorable Joan B. Gottschall

WM. Wrigley Jr. Company, et al.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 31, 2008:

MINUTE entry before the Honorable Joan B. Gottschall: Motion for extension of time to answer by 8/22/2008 [37] is granted. Motion for extension of time by 8/22/2008 [20] is granted. Motion for extension of time by 8/22/2008 [23] is granted. Motion for extension of time to answer by 8/22/2008 [28] is granted. Motion for extension of time to answer by 8/22/2008 [33] is granted. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.