**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number:    08 CV 3796
**ARIMATHEA LLC**
Plaintiff,

v.

**WM. WRIGLEY JR. COMPANY, BIG SKY BRANDS INC., CARIBOU COFFEE COMPANY, INC., GODIVA CHOCOLATIER, INC., JONES SODA CO., NORTH ATLANTIC OPERATING COMPANY, INC., STARBUCKS CORPORATION and THE HERSHEY COMPANY**
Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Defendant, THE HERSHEY COMPANY

| |
|---|
| NAME (Type or print)<br>Ann Marie Wahls |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>          s/ Ann Marie Wahls |
| FIRM<br>Kirkland & Ellis LLP |
| STREET ADDRESS<br>200 East Randolph |
| CITY/STATE/ZIP<br>Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6275778 | 312-861-2000 |

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  **N** |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  **N** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  **N** |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  **N** |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.<br> RETAINED COUNSEL                            APPOINTED COUNSEL |