# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:     08 CV 3796

**ARIMATHEA LLC**
Plaintiff,

v.

**WM. WRIGLEY JR. COMPANY, BIG SKY BRANDS INC., CARIBOU COFFEE COMPANY, INC., GODIVA CHOCOLATIER, INC., JONES SODA CO., NORTH ATLANTIC OPERATING COMPANY, INC., STARBUCKS CORPORATION and THE HERSHEY COMPANY**
Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Defendant, STARBUCKS CORPORATION

| | |
|---|---|
| NAME (Type or print) <br> Ann Marie Wahls | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Ann Marie Wahls | |
| FIRM <br> Kirkland & Ellis LLP | |
| STREET ADDRESS <br> 200 East Randolph | |
| CITY/STATE/ZIP <br> Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6275778 | TELEPHONE  NUMBER <br> 312-861-2000 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  **N**

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  **N**

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   **N**

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   **N**

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

 RETAINED COUNSEL                          APPOINTED COUNSEL