**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ARIMATHEA LLC ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 08-C-3796 |
| ) | |
| v. ) | Judge Joan B. Gottschall |
| ) | Magistrate Judge Denlow |
| WM. WRIGLEY JR. COMPANY, BIG SKY ) | |
| BRANDS INC., CARIBOU COFFEE COMPANY, ) | |
| INC., GODIVA CHOCOLATIER, INC., JONES ) | |
| SODA CO., NORTH ATLANTIC OPERATING ) | |
| COMPANY, INC., STARBUCKS ) | |
| CORPORATION and THE HERSHEY ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

**NOTIFICATION OF AFFILIATES**

Defendant The Hershey Company ("Hershey") submits this statement in accordance with Local Rule 3.2. Hershey is a publicly traded corporation. The Milton Hershey School Trust owns approximately 33% of Hershey's shares and about 79% of the voting rights. T. Rowe Price Associates, Inc. owns approximately 7.1% of Hershey's total shares.

Dated:  August 4, 2008                                        Respectfully submitted,


                                                              */s/ Ann Marie Wahls*
                                                              David K. Callahan, P.C. (6206671)
                                                              Ann Marie Wahls (6275778)
                                                              Kirkland & Ellis LLP
                                                              200 E. Randolph Dr.
                                                              Chicago, IL 60601
                                                              (312) 861-2000 (telephone)
                                                              (312) 861-2200 (facsimile)
                                                              dcallahan@kirkland.com

                                                              *Attorney for Defendant The Hershey Company*

**CERTIFICATE OF SERVICE**

      I, Ann Marie Wahls, an attorney, hereby certify that I caused a copy of the attached document to be served via the Court's electronic filing service (ECF), upon all counsel of record on this 4th day of August 2008.

      /s/ Ann Marie Wahls
      Ann Marie Wahls