## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ARIMATHEA LLC | )<br>)<br>) |
| Plaintiff, | ) Civil Action No. 08-C-3796<br>) |
| v. | ) Judge Joan B. Gottschall<br>) Magistrate Judge Denlow |
| WM. WRIGLEY JR. COMPANY, BIG SKY BRANDS INC., CARIBOU COFFEE COMPANY, INC., GODIVA CHOCOLATIER, INC., JONES SODA CO., NORTH ATLANTIC OPERATING COMPANY, INC., STARBUCKS CORPORATION and THE HERSHEY COMPANY, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

### NOTIFICATION OF AFFILIATES

Defendant Starbucks Corporation ("Starbucks") submits this statement in accordance with Local Rule 3.2. Starbucks is a publicly traded corporation, and no entity owns more than 5% of Starbucks' stock.

Dated:  August 4, 2008 Respectfully submitted,

*/s/ Ann Marie Wahls*
David K. Callahan, P.C. (6206671)
Ann Marie Wahls (6275778)
Kirkland & Ellis LLP
200 E. Randolph Dr.
Chicago, IL 60601
(312) 861-2000 (telephone)
(312) 861-2200 (facsimile)
dcallahan@kirkland.com
awahls@kirkland.com

*Attorneys for Defendant Starbucks Corporation*

**CERTIFICATE OF SERVICE**

      I, Ann Marie Wahls, an attorney, hereby certify that I caused a copy of the attached document to be served via the Court's electronic filing service (ECF), upon all counsel of record on this 4th day of August 2008.


                                                       */s/ Ann Marie Wahls*
                                                        Ann Marie Wahls