UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARIMATHEA LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>WM. WRIGLEY JR. COMPANY, BIG SKY BRANDS INC., CARIBOU COFFEE COMPANY, INC., GODIVA CHOCOLATIER, INC., JONES SODA CO., NORTH ATLANTIC OPERATING COMPANY, INC., STARBUCKS CORPORATION and THE HERSHEY COMPANY,<br><br>        Defendants. | Case No. 08 CV 3796<br><br>Judge Joan B. Gottschall<br>Magistrate Judge Morton Denlow |

**DEFENDANT WM. WRIGELY JR. COMPANY'S**
**<u>LOCAL RULE 3.2 NOTIFICATION OF AFFILIATES</u>**

Pursuant to Local Rule 3.2, Defendant Wm. Wrigley Jr. Company ("Wrigley") provides the following notification of publicly held affiliates. Capital Research Global Investors and AXA Financial, Inc. each own at least 5% of common stock of Wrigley.

Respectfully submitted,

Dated: August 4, 2008        By: /s David H. Bluestone
                             William H. Frankel (IL Bar No. 3127933)
                             Robert S. Mallin (IL Bar No. 6205051)
                             David H. Bluestone (IL Bar No. 6269436)
                             BRINKS HOFER GILSON & LIONE
                             NBC Tower, Suite 3600
                             455 North Cityfront Plaza Drive
                             Chicago, IL  60611-5599
                             (312) 321-4200

                             Attorneys for Wm. Wrigley Jr. Company

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2008, I caused a copy of **DEFENDANT WM. WRIGELY JR. COMPANY'S LOCAL RULE 3.2 NOTIFICATION OF AFFILIATES** to be filed by electronic filing, which provides notice to all attorneys of record.


                              s/ David H. Bluestone