U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
Arimathea LLC
v.
WM. Wrigley Jr. Company, et al.

Case Number: 1:08-cv-3796

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Big Sky Brands, Inc. and Jones Soda Co.

| | |
|---|---|
| NAME (Type or print) Alexander S. Vesselinovitch | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Alexander S. Vesselinovitch | |
| FIRM Katten Muchin Rosenman LLP | |
| STREET ADDRESS 525 West Monroe Street | |
| CITY/STATE/ZIP Chicago, IL 60661 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 3122893 | TELEPHONE NUMBER 312-902-5660 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |