AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**08 C 3796**

SUMMONS IN A CIVIL CASE

Arimathea LLC

V.

Wm. Wrigley Jr. Company, Big Sky Brands Inc., Caribou Coffee Company, Inc., Godiva Chocolatier, Inc., Jones Soda Co., North Atlantic Operating Company, Inc., Starbucks Corporation and The Hershey Company,

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE GOTTSCHALL
MAGISTRATE JUDGE DENLOW**

TO: (Name and address of Defendant)

Big Sky Brands, Inc.
c/o Ron Cheng or Steve Yacht (owners), or other authorized representative
253 College Street, Unit 395
Toronto, Ontario M5T 1R5

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Raymond P. Niro, Jr.
Niro, Scavone, Haller & Niro
181 West Madison, Ste. 4600
Chicago, IL 60602
(312) 236-0733

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

*/s/ Yvette Montane*
(By) DEPUTY CLERK



July 3, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE July-10-2008 |
| NAME OF SERVER (PRINT) B. GORDON COLLINS | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 3289 LENWORTH DRIVE, MISSISSAUGA, ONTARIO. L4X 2H1

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July-10-2008 [signature]
         Date         Signature of Server

MISSISSAUGA, ONTARIO. CANADA
    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Civil Action No. 08CV3796

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**B E T W E E N :**

ARIMATHEA LLC

Plaintiff

- and -

WM. WRIGLEY JR. COMPANY, BIG SKY BRANDS INC., CARIBOU COFFEE COMPANY, INC., GODIVA CHOCOLATIER, INC., JONES SODA CO., NORTH ATLANTIC OPERATING COMPANY, INC., STARBUCKS CORPORATION and THE HERSHEY COMPANY,

Defendants

**AFFIDAVIT OF SERVICE**

I, B. Gordon Collins- Process Server, of Canadian Process Serving, of the City of Mississauga, Province of Ontario

**MAKE OATH AND SAY:**

1. On July 10th, 2008 at 2:25PM, I served BIG SKY BRANDS INC., with the Summons and Complaint for Patent Infringement, attached to this my Affidavit marked as Exhibit A, by leaving a copy with Luke Van Fliet, Business Development Manager, and the person who appeared to be in care and control of the office at the time of service at 3289 Lenworth Drive, Unit "A", Mississauga, Ontario.L4X 2H1

2. I was able to identify the person by means of verbal acknowledgment.

SWORN BEFORE ME at the City of Mississauga,

Province of Ontario,

this 21st day of July, 2008

_____        _____
Notary Public                                                    Process Server

*EXHIBIT "A" AS REFERRED TO IN THE AFFIDAVIT OF B. GORDON COLLINS*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARIMATHEA LLC,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>WM. WRIGLEY JR. COMPANY, BIG SKY BRANDS INC., CARIBOU COFFEE COMPANY, INC., GODIVA CHOCOLATIER, INC., JONES SODA CO., NORTH ATLANTIC OPERATING COMPANY, INC., STARBUCKS CORPORATION and THE HERSHEY COMPANY,<br><br>　　　　　　　Defendants. | Civil Action No.<br><br>**JURY TRIAL DEMANDED**<br><br>FILED: JULY 2, 2008<br>08CV3796<br>JUDGE GOTTSCHALL<br>MAGISTRATE JUDGE DENLOW<br>YM |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff, Arimathea LLC ("Arimathea"), complains of Defendants, Wm. Wrigley Jr. Company, Big Sky Brands Inc., Caribou Coffee Company, Inc., Godiva Chocolatier, Inc., Jones Soda Co., North Atlantic Operating Company, Inc., Starbucks Corporation and The Hershey Company, as follows:

1.　This is a claim for patent infringement and arises under the patent laws of the United States, Title 35 of the United States Code. This Court has original jurisdiction over the subject matter of this claim under 28 U.S.C. §§ 1331 and 1338(a).

2.　Arimathea LLC is an Illinois limited liability company located at 1032 West Loyola Avenue, Chicago, Illinois.

3.　Arimathea owns and has standing to sue for infringement of United States Patent No. 7,124,909 B1, entitled "Hinged Lid Container," which issued on October 24, 2006 (the "'909 Patent").