**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ARIMATHEA LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08-CV-03796 |
| | ) | |
| WM. WRIGLEY JR. COMPANY, BIG SKY BRANDS INC., CARIBOU COFFEE COMPANY, INC., GODIVA CHOCOLATIER, INC., JONES SODA CO., NORTH ATLANTIC OPERATING COMPANY, INC., STARBUCKS CORPORATION and THE HERSHEY COMPANY, | ) ) ) ) ) ) ) ) ) | Judge Joan B. Gottschall

Magistrate Judge Morton Denlow |
| Defendants. | ) | |

**NOTICE OF FILING**

TO:   See attached Certificate of Service.

      PLEASE TAKE NOTICE that on August 22, 2008, we electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the foregoing **Defendant Godiva Chocolatier, Inc.'s Answer, Affirmative Defenses, and Counterclaims**, a copy of which is attached and hereby served upon you.

Dated: August 22, 2008                 Respectfully submitted,

                                          /s/ Lesley G. Smith (lgsmith@sw.com)
                                          One of the Attorneys for Defendant
                                          Godiva Chocolatier, Inc.

                                          Peter V. Baugher
                                          Todd H. Flaming
                                          Lesley G. Smith
                                          SCHOPF & WEISS LLP
                                          One South Wacker Drive
                                          28th Floor
                                          Chicago, Illinois 60606
                                          (312) 701-9300

Of Counsel:
Nicholas Groombridge
Giriraj Pathmanaban
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000

*Attorneys for Godiva Chocolatier, Inc*.

## **CERTIFICATE OF SERVICE**

      I, Lesley G. Smith, an attorney, hereby certify that a true and correct copy of the foregoing **Notice of Filing** was filed electronically with the Clerk of the Court using the CM/ECF System, which will automatically provide electronic notice upon all counsel of record on this 22nd day of August, 2008.

      /s/Lesley G. Smith