IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARIMATHEA LLC, | ) |
|       Plaintiff, | ) Case No. 08 CV 3796 |
| v. | ) Judge Joan B. Gottschall |
| WM. WRIGLEY JR. COMPANY, BIG SKY BRANDS INC., CARIBOU COFFEE COMPANY, INC., GODIVA CHOCOLATIER, INC., JONES SODA CO., NORTH ATLANTIC OPERATING COMPANY, INC., STARBUCKS CORPORATION and THE HERSHEY COMPANY, | ) Magistrate Judge Morton Denlow |
|       Defendants. | ) |

DISCLOSURE STATEMENT OF CARIBOU COFFEE
COMPANY, INC. UNDER FED. CIV. P. RULE 7.1 AND LOCAL RULE 3.2

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.2 of the Local Rules for the Northern District of Illinois, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Caribou Coffee Company, Inc. hereby certifies that: (1) Caribou Coffee Company, Inc.'s majority shareholder is Caribou Holding Company, Ltd. a Grand Cayman limited partnership, which is an affiliate of Arcapita Bank B.S.C., a global investment group based in Bahrain; and (2) no publicly held entity owns 5% or more of its stock.

Dated: August 22, 2008                    Respectfully submitted,


/s/ Keith V. Rockey
KEITH V. ROCKEY
AVANI C. MACALUSO
MATTHEW L. DE PRETER
  Rockey, Depke & Lyons, LLC
  Sears Tower, Suite 5450
  233 South Wacker Drive
  Chicago, Illinois 60606
  Telephone:  312-277-2006

DEVAN V. PADMANABHAN
PAUL J. ROBBENNOLT
  Dorsey & Whitney LLP
  50 South Sixth Street
  Suite 1500
  Minneapolis, Minnesota 55402
  Telephone:  612-340-2600

Attorneys for Defendant
Caribou Coffee Company, Inc.

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 22, 2008, a true and correct copy of the foregoing DISCLOSURE STATEMENT OF CARIBOU COFFEE COMPANY, INC. UNDER FED. CIV. P. RULE 7.1 AND LOCAL RULE 3.2 was filed electronically with the Clerk of Court using the CM/ECF System, which will provide electronic notice to the following attorneys for plaintiff and defendants:

| Plaintiff | Represented By: |
| --- | --- |
| Arimathea LLC | Raymond P. Niro<br>Raymond P. Niro, Jr.<br>Laura A. Kenneally<br>Lee F. Grossman<br>Niro, Scavone, Haller & Niro, Ltd.<br>181 West Madison St., Suite 4600<br>Chicago, IL  60602<br>312-236-0733<br>rniro@nshn.com<br>rnirojr@nshn.com<br>kenneally@nshn.com<br>lgrossman@nshn.com |
| Defendants | Represented By: |
| WM. Wrigley Jr. Company | William H. Frankel<br>David H. Bluestone<br>Robert S. Mallin<br>Brinks, Hofer, Gilson & Lione<br>455 North Cityfront Plaza Drive<br>Suite 3600<br>Chicago, IL  60611<br>312-321-4200<br>wfrankel@usebrinks.com<br>dbluestone@usebrinks.com<br>rmallin@usebrinks.com |

| | |
|---|---|
| Big Sky Brands and Jones Soda Co. | Robert B. Breisblatt<br>Alexander S. Vesselinovitch<br>Brian J. Sodikoff<br>Claire H. Forster<br>Katten Muchin Rosenman LLP<br>525 West Monroe Street<br>Chicago, IL  60661<br>312-902-5200<br>robert.breisblatt@kattenlaw.com<br>brian.sodikoff@kattenlaw.com<br>claire.forster@kattenlaw.com |
| Godiva Chocolatier, Inc. | Lesley G. Smith<br>Peter V. Baugher<br>Todd H. Flaming<br>Schopf & Weiss LLP<br>One South Wacker Drive, 28th Floor<br>Chicago, IL 60606<br>312-701-9300<br>lgsmith@sw.com<br>baugher@sw.com<br>flaming@sw.com |
| Starbucks and The Hershey Company | David K. Callahan<br>Ann Marie T. Wahls<br>Emily Rose Dempsey<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Suite 6100<br>Chicago, IL  60601<br>312-861-2000<br>dcallahan@kirkland.com<br>awahls@kirkland.com<br>edempsey@kirkland.com |

/s/ Keith V. Rockey
One of Defendant, Caribou Coffee Company, Inc.'s, Attorneys