**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ARIMATHEA LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08-C-03796 |
| | ) | |
| WM. WRIGLEY JR. COMPANY, BIG | ) | Judge Joan B. Gottschall |
| SKY BRANDS INC., CARIBOU COFFEE | ) | |
| COMPANY, INC., GODIVA | ) | Magistrate Judge Morton Denlow |
| CHOCOLATIER, INC., JONES SODA | ) | |
| CO., STARBUCKS CORPORATION and | ) | |
| THE HERSHEY COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## SUPPLEMENTAL JOINT STATUS REPORT AND PROPOSED SCHEDULE

Plaintiff Arimathea LLC ("Arimathea") and Defendants Godiva

Chocolatier, Inc. ("Godiva"), Caribou Coffee Company, Inc. ("Caribou"), Starbucks

Corp. ("Starbucks"), The Hershey Co. ("Hershey"), Big Sky Brands, Inc. ("Big Sky"),

and Jones Soda Co. ("Jones Soda") (collectively, "the Joining Defendants"), submit the

following supplemental Joint Status Report:

## I.    MEETING

The Joining Defendants were not informed or otherwise aware of the

August 27, 2008 meeting between Counsel for Plaintiff, Arimathea and Counsel for

Defendant, Wrigley.  However, pursuant to the Court's Order of July 11, 2008, the Local

Rules and Fed. R. Civ. P. 26(f), the Joining Defendants have conferred with Arimathea's

Counsel.  The parties have discussed the nature of and the bases for their claims and

defenses, possible settlement, and a proposed case schedule.

II.     **NATURE OF THE CASE**

        The Joining Defendants have asserted the same claims, defenses, and counterclaims as Wrigley, except Starbucks, Big Sky, and Jones Soda have not asserted any counterclaims, and the Joining Defendants have not asserted lack of standing as a defense.  The Joining Defendants adopt Wrigley's positions with respect to all other items.

III.    **DRAFT SCHEDULING ORDER**

        Given the number of defendants in this case, the Joining Defendants believe that Plaintiff's proposed schedule is not feasible.  The Joining Defendants adopt Wrigley's proposal for scheduling and claim construction.

IV.     **SETTLEMENT STATUS**

        Settlement negotiations are on-going between Arimathea and the Joining Defendants.  The parties expect that settlement negotiations will continue following the hearing on September 3, 2008.  If the parties are not able to resolve the case in this round of negotiations, they believe that it would be productive to hold a settlement conference with Judge Gottschall or Magistrate Judge Denlow.

Dated:  September 2, 2008                    Respectfully submitted,


                                            /s/ Lesley G. Smith (lgsmith@sw.com)
                                            One of the Attorneys for Defendant
                                            Godiva Chocolatier, Inc.

                                            Peter V. Baugher
                                            Todd H. Flaming
                                            Lesley G. Smith
                                            SCHOPF & WEISS LLP
                                            One South Wacker Drive, 28th Floor
                                            Chicago, Illinois 60606
                                            (312) 701-9300

                                            Of Counsel:

                                            Nicholas Groombridge
                                            Giriraj Pathmanaban
                                            WEIL, GOTSHAL & MANGES LLP
                                            767 Fifth Avenue
                                            New York, NY 10153
                                            (212) 310-8000

                                            *Attorneys for Defendant Godiva
                                            Chocolatier, Inc.*

Dated:  September 2, 2008                    Respectfully submitted,

                                            /s/ Alexander S. Vesselinovitch
                                            One of the Attorneys for Defendants Big
                                            Sky Brands, Inc. and Jones Soda Co.

                                            Alexander S. Vesselinovitch
                                            Brian Sodikoff
                                            Claire H. Forste
                                            Robert B. Breisblatt
                                            KATTEN MUCHIN ROSENMAN LLP
                                            525 W. Monroe Street, Suite 1900
                                            Chicago, IL 60661

                                            *Attorneys for Defendants Big Sky Brands,
                                            Inc. and Jones Soda Co.*

Dated:  September 2, 2008          Respectfully submitted,

                                   /s/ Keith V. Rockey
                                   One of the Attorneys for Defendant
                                   Caribou Coffee Company, Inc.

                                   Keith V. Rockey
                                   Avani C. Macaluso
                                   ROCKEY, DEPKE & LYONS, LLC
                                   Sears Tower, Suite 5450
                                   233 South Wacker Drive
                                   Chicago, Illinois 60606
                                   Telephone:  312-277-2006

                                   Devan V. Padmanabhan
                                   Paul J. Robbennolt
                                   DORSEY & WHITNEY LLP
                                   50 South Sixth Street
                                   Suite 1500
                                   Minneapolis, Minnesota 55402
                                   Telephone:  612-340-2600

                                   *Attorneys for Defendant*
                                   *Caribou Coffee Company, Inc.*


Dated:  September 2, 2008          Respectfully submitted,

                                   /s/ David K. Callahan
                                   One of the Attorneys for Defendants Starbucks
                                   Corporation and The Hershey Company

                                   David K. Callahan, P.C. (6206671)
                                   Ann Marie Wahls (6275778)
                                   KIRKLAND & ELLIS LLP
                                   200 E. Randolph Drive
                                   Chicago, IL 60601
                                   (312) 861-2000 (telephone)
                                   (312) 861-2200 (facsimile)
                                   dcallahan@kirkland.com
                                   awahls@kirkland.com

                                   *Attorneys for Defendants Starbucks Corporation*
                                   *and The Hershey Company*

Dated:  September 2, 2008                    Respectfully submitted,

                                             /s/ Raymond P. Niro, Jr.
                                             Raymond P. Niro, Jr.
                                             NIRO, SCAVONE, HALLER & NIRO
                                             181 West Madison, Suite 4600
                                             Chicago, IL 60602-4515
                                             (312) 236-0733


                                             *Attorneys for Plaintiff Arimathea LLC*

## <u>CERTIFICATE OF SERVICE</u>

I, Lesley G. Smith, an attorney, hereby certify that a true and correct copy of the foregoing **Supplemental Joint Status Report and Proposed Schedule** was filed electronically with the Clerk of the Court using the CM/ECF System, which will automatically provide electronic notice upon all counsel of record on this 2nd day of September 2008.

/s/Lesley G. Smith