**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Arimathea LLC
                              Plaintiff,

v.                                         Case No.: 1:08−cv−03796
                                           Honorable Joan B. Gottschall

WM. Wrigley Jr. Company, et al.
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 2, 2008:

    MINUTE entry before the Honorable Joan B. Gottschall: The court hereby grants Nicholas Groombridge's motion for leave to appear pro hac vice on behalf of Godiva Chocolatier, Inc. [56], grants Paul J. Robbennolt's motion for leave to appear pro hac vice on behalf of Caribou Coffee Company, Inc. [57], and grants Devan V. Padmanabhan's motion for leave to appear pro hac vice on behalf of Caribou Coffee Company, Inc. [58]. The court denies without prejudice Giriraj Pathmanaban's motion for leave to appear pro hac vice on behalf of Godiva, Inc. [40] because the application failed to disclose the attorney licensing information or admission information for Pathmanaban. Mailed notice(rj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.