**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Arimathea LLC
                              Plaintiff,

v.                                                   Case No.: 1:08−cv−03796
                                                     Honorable Joan B. Gottschall

WM. Wrigley Jr. Company, et al.
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 3, 2008:

    MINUTE entry before the Honorable Joan B. Gottschall:Status hearing held on 9/3/2008, ( Status hearing set for 10/8/2008 at 09:30 AM., Status hearing set for 10/8/2008 is scheduled to discuss if a referral to Magistrate Judge Denlow for settlement will be fruitful early in this case. Status hearing set for 12/10/2008 is scheduled regarding discovery and claim construction. Parties are required to file and submit claim construction statments on or before 12/3/2008. Status hearing set for 12/10/2008 at 09:30 AM.) Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.