IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARIMATHEA LLC, <br><br>                          Plaintiff, <br><br>    v. <br><br>WM. WRIGLEY JR. COMPANY, BIG SKY BRANDS INC., CARIBOU COFFEE COMPANY, INC., GODIVA CHOCOLATIER, INC., JONES SODA CO., STARBUCKS CORPORATION and THE HERSHEY COMPANY, <br><br>                          Defendants. | Civil Action No. 08cv3796 <br><br>Judge Gottschall <br>Magistrate-Judge Denlow |

### PLAINTIFF'S RESPONSE TO HERSHEY'S COUNTERCLAIMS

Plaintiff Arimathea LLC ("Arimathea") responds to the Counterclaims contained in the Answer to Complaint filed on August 22, 2008 by Defendant The Hershey Company ("Hershey"), as follows.

### COUNTERCLAIMS

### PARTIES

1. The Hershey Company ("Hershey") is a Delaware corporation with its principal place of business at 100 Crystal A Drive, Hershey, Pennsylvania.

**Response:**

Admitted.

2. On information and belief, Arimathea LLC ("Arimathea") is an Illinois limited liability company located at 1032 West Loyola Avenue, Chicago, Illinois.

**Response:**

Admitted.

## JURISDICTION AND VENUE

3.  This is a counterclaim for declaratory judgment of non-infringement and invalidity of United States Patent No. 7,124,909 ("909 Patent").

**Response:**

Admitted that Hershey asserts said counterclaims, but denied that it is entitled to any such relief.

4.  This Court has subject matter jurisdiction over this counterclaim based on 28 U.S.C. §§ 1331, 1338, 2201 and 2202.

**Response:**

Admitted.

5.  This Court has personal jurisdiction over Arimathea.

**Response:**

Admitted.

6.  Venue is proper is this judicial district pursuant to 28 U.S.C. §§ 1391 and 1400.

**Response:**

Admitted.

## FIRST COUNTERCLAIM
## DECLARATION OF NON-INFRINGEMENT

7.  Hershey incorporates by reference and re-alleges each and every allegation contained in Paragraphs 1 to 6 of its Counterclaims.

**Response:**

Arimathea incorporates by reference and re-alleges its responses to each and every allegation contained in Paragraphs 1 to 6 of Hershey's Counterclaims.

8.  Hershey has not and does not infringe, either directly, contributorily, or by inducement, any valid and enforceable claim of the '909 patent.

**Response:**

Denied.

## SECOND COUNTERCLAIM
## DECLARATION OF INVALIDITY

9. Hershey incorporates by reference and re-alleges each and every allegation contained in Paragraphs 1 to 8 of its Counterclaims.

**Response:**

Arimathea incorporates by reference and re-alleges its responses to each and every allegation contained in Paragraphs 1 to 8 of Hershey's Counterclaims.

10. The '909 Patent is invalid for failure to comply with one or more of the requirements of Title 35 of the United States Code, including, but not limited to, 35 U.S.C. §§ 101, 102, 103, and/or 112, and the rules, regulations, and laws pertaining thereto.

**Response:**

Denied.

## PLAINTIFF'S AFFIRMATIVE DEFENSES

Arimathea asserts the following Affirmative Defenses against Hershey's Counterclaims and reserves the right to further amend its responses as additional information becomes available.

1. United States Patent No. 7,124,909 is valid, enforceable and infringed by Hershey.

2. Hershey has also knowingly contributed to or induced the infringement of others by willfully and intentionally aiding, assisting and encouraging such infringement.

3. Hershey's infringement has been willful, deliberate and objectively reckless.

4. Arimathea adopts and incorporates herein all affirmative defenses available pursuant to Federal Rule of Civil Procedure 8 (or any applicable statute or regulation), to the extent the facts known at this time would make any of said defenses available or facts developed in the future would make same available.

WHEREFORE, Arimathea requests that judgment be entered against Hershey and in Arimathea's favor on the Counterclaims brought by Hershey. Arimathea further requests that it be granted all of the relief requested in its Complaint.

## JURY DEMAND

Arimathea demands a trial by jury on all issues properly triable to a jury.

Respectfully submitted,

/s/ Raymond P. Niro, Jr.
Raymond P. Niro, Jr.
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602 4515
Phone: (312) 236 0733
Fax: (312) 236 3137
rnirojr@nshn.com

Attorneys for Plaintiff, Arimathea LLC

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2008, I caused the foregoing PLAINTIFF'S RESPONSE TO HERSHEY's COUNTERCLAIMS to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

*Counsel for Starbucks and Hershey*
David K. Callahan
Emily R. Dempsey
Ann Marie Wahls
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
dcallahan@kirkland.com; edempsey@kirkland.com
awahls@kirkland.com

*Counsel for Caribou Coffee*
Keith V. Rockey
Avani C. Macaluso
Matthew L. De Preter
ROCKEY, DEPKE & LYONS, LLC
233 South Wacker Drive, Suite 5450
Chicago, Illinois 60606
krockey@rdlklaw.com; amacaluso@rdlklaw.com
cdepreter@rdlklaw.com

*Counsel for Wrigley*
William H. Frankel
Robert S. Mallin
David H. Bluestone
BRINKS HOFER GILSON & LIONE
455 North Cityfront Plaza Drive, Suite 3600
Chicago, IL 60611-5599
wfrankel@usebrinks.com; rmallin@usebrinks.com
dbluestone@usebrinks.com

*Counsel for Godiva*
Peter V. Baugher
Todd H. Flaming
Lesley G. Smith
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Floor
Chicago, IL 60606
baugher@sw.com; flaming@sw.com;
LGSmith@sw.com

Nicholas Groombridge
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
nicholas.groombridge@weil.com

*Counsel for Big Sky and Jones Soda*
Alexander S. Vesselinovitch
Brian Sodikoff
Claire H. Forster
Robert B. Breisblatt
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street, Suite 1900
Chicago, IL  60661
avesselinovitch@kattenlaw.com
brian.sodikoff@kattenlaw.com
claire.forster@kattenlaw.com
robert.breisblatt@kattenlaw.com

I further certify that the foregoing was served upon the following non-CM/ECF participants via electronic transmission:

*Counsel for Caribou Coffee*
Devan V. Padmanabhan
Paul J. Robbennolt
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
padmanabhan.devan@dorsey.com
robbennolt.paul@dorsey.com

    /s/ Raymond P. Niro, Jr.
Attorney for Plaintiff