IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARIMATHEA LLC, | Civil Action No. 08cv3796 |
| Plaintiff, | Judge Gottschall<br>Magistrate-Judge Denlow |
| v. | |
| WM. WRIGLEY JR. COMPANY, BIG SKY BRANDS INC., CARIBOU COFFEE COMPANY, INC., GODIVA CHOCOLATIER, INC., JONES SODA CO., STARBUCKS CORPORATION and THE HERSHEY COMPANY, | |
| Defendants. | |

### PLAINTIFF'S RESPONSE TO WRIGLEY'S COUNTERCLAIMS

Plaintiff Arimathea LLC ("Arimathea") responds to the Counterclaims contained in the Answer to Complaint filed on August 22, 2008 by Defendant Wm. Wrigley Jr. Company ("Wrigley"), as follows.

### COUNTERCLAIMS

1. This Court has jurisdiction over these Counterclaims pursuant to Fed. R. Civ. P. 13. Jurisdiction in this Court is also proper to 28 U.S.C. §§ 1331, 1338(a), 2201 and 2202.

**Response:**

Admitted.

2. Venue is proper for these Counterclaims because Plaintiff elected this forum for suit and pursuant to 28 U.S.C. §§ 1391(c) and 1400(b).

**Response:**

Admitted.

3. Plaintiff's accusations of infringement and pending lawsuit in which Plaintiff asserted the '909 patent against Wrigley have created an actual case or controversy concerning the infringement, validity and enforceability of the '909 patent.

**Response:**

    Admitted.

4.    An actual controversy of a justiciable nature exists between Plaintiff and Wrigley involving Wrigley's present and future right to make, use, offer to sell, and sell products that Plaintiff claims infringe the '909 patent.

**Response:**

    Admitted.

## COUNT I
### Declaratory Judgment of Non-infringement of the '909 Patent

5.    Wrigley repeats and realleges the allegations of Paragraphs 1-4.

**Response:**

    Arimathea repeats and realleges its responses to the allegations of Paragraphs 1-4.

6.    Wrigley has not infringed and is not infringing, either directly, contributorily, or by active inducement, and claim of the '909 patent.

**Response:**

    Denied.

## COUNT II
### Declaratory Judgment of Invalidity of the '909 Patent

7.    Wrigley repeats and realleges the allegations of Paragraphs 1-4.

**Response:**

    Arimathea repeats and realleges its responses to the allegations of Paragraphs 1-4.

8.    The '909 patent is invalid for failure to meet at least on of the statutory requirements of Title 35 of the United States Code, including, but not limited to, 35 U.S.C. §§ 102, 103, and/or 112.

**Response:**

    Denied.

## PLAINTIFF'S AFFIRMATIVE DEFENSES

Arimathea asserts the following Affirmative Defenses against Wrigley's Counterclaims and reserves the right to further amend its responses as additional information becomes available.

1.United States Patent No. 7,124,909 B1 is valid, enforceable and infringed by Wrigley.

2.Wrigley has also knowingly contributed to or induced the infringement of others by willfully and intentionally aiding, assisting and encouraging such infringement.

3.Wrigley's infringement has been willful, deliberate and objectively reckless.

4.Arimathea adopts and incorporates herein all affirmative defenses available pursuant to Federal Rule of Civil Procedure 8 (or any applicable statute or regulation), to the extent the facts known at this time would make any of said defenses available or facts developed in the future would make same available.

WHEREFORE, Arimathea requests that judgment be entered against Wrigley and in Arimathea's favor on the Counterclaims brought by Wrigley. Arimathea further requests that it be granted all of the relief requested in its Complaint.

## JURY DEMAND

Arimathea demands a trial by jury on all issues properly triable to a jury.

Respectfully submitted,

/s/ Raymond P. Niro, Jr.
Raymond P. Niro, Jr.
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602 4515
Phone: (312) 236 0733
Fax: (312) 236 3137
rnirojr@nshn.com

Attorneys for Plaintiff, Arimathea LLC

## CERTIFICATE OF SERVICE

   I hereby certify that on September 4, 2008, I caused the foregoing PLAINTIFF'S RESPONSE TO WRIGLEY'S COUNTERCLAIMS to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

*Counsel for Starbucks and Hershey*
David K. Callahan
Emily R. Dempsey
Ann Marie Wahls
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
dcallahan@kirkland.com; edempsey@kirkland.com
awahls@kirkland.com

*Counsel for Caribou Coffee*
Keith V. Rockey
Avani C. Macaluso
Matthew L. De Preter
ROCKEY, DEPKE & LYONS, LLC
233 South Wacker Drive, Suite 5450
Chicago, Illinois 60606
krockey@rdlklaw.com; amacaluso@rdlklaw.com
cdepreter@rdlklaw.com

*Counsel for Wrigley*
William H. Frankel
Robert S. Mallin
David H. Bluestone
BRINKS HOFER GILSON & LIONE
455 North Cityfront Plaza Drive, Suite 3600
Chicago, IL 60611-5599
wfrankel@usebrinks.com; rmallin@usebrinks.com
dbluestone@usebrinks.com

*Counsel for Godiva*
Peter V. Baugher
Todd H. Flaming
Lesley G. Smith
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Floor
Chicago, IL 60606
baugher@sw.com; flaming@sw.com;
LGSmith@sw.com

Nicholas Groombridge
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
nicholas.groombridge@weil.com

*Counsel for Big Sky and Jones Soda*
Alexander S. Vesselinovitch
Brian Sodikoff
Claire H. Forster
Robert B. Breisblatt
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street, Suite 1900
Chicago, IL 60661
avesselinovitch@kattenlaw.com
brian.sodikoff@kattenlaw.com
claire.forster@kattenlaw.com
robert.breisblatt@kattenlaw.com

I further certify that the foregoing was served upon the following non-CM/ECF participants via electronic transmission:

*Counsel for Caribou Coffee*
Devan V. Padmanabhan
Paul J. Robbennolt
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
padmanabhan.devan@dorsey.com
robbennolt.paul@dorsey.com

                    Raymond P. Niro, Jr.
                Attorney for Plaintiff